UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brite Vue L.L.P.,
a Minnesota Limited Liability Partnership,

Plaintiff,

v.

Township of Columbus,

Defendant.

Civil 00-1877 JRT/~~SRN~~ AJB

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: August 15, 2000.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED AUG 15 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Date: August 15, 2000 dl

---

R E C O R D   O F   D O C K E T   T E X T

---

0:00-cv-01877 Brite Vue L.L.P. v. Township of Columbus

DOCKET ENTRY

ORDER OF RECUSAL ( Magistrate Judge Susan R. Nelson / 8/15/00) Case referred to Magistrate Judge Arthur J. Boylan (4:00 AD 254) (CASE NUMBER REMAINS THE SAME EXCEPT FOR MAGISTRATE JUDGE'S INITIAL - 00-1877JRT/AJB) PLEASE BE SURE TO INDICATE NEW MAGISTRATE JUDGE'S INITIALS IN FUTURE FILINGS 1pg(s) (cc: all counsel)

Hon. John R Tunheim, Judge

THIS NOTICE SENT TO ALL COUNSEL