**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Brite Vue, L.L.P., Civil No. 00-1877 JRT/AJB

Plaintiff,

v. **PRETRIAL SCHEDULING ORDER**

Township of Columbus,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by January 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before October 25, 2000.

3. No more than 20 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

4. No more than 3 depositions, excluding expert witness depositions, shall be taken by any party. Expert depositions are not anticipated.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by November 15, 2000.

FILED NOV - 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, January 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by March 1, 2001. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Lou Jean Gleason, 612-664-5083.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on May 1, 2001, or upon resolution of any pending dispositive motions. Anticipated length of trial is 2 days.

Dated: 11/1/00

Arthur J. Boylan
United States Magistrate Judge