ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Brite Vue, L.L.P., a Minnesota Limited Liability Partnership,

Plaintiff,

v.

Township of Columbus,

Defendant.

Civil File No. 00-1877 JRT/AJB

# MOTION, STIPULATION AND ORDER

## MOTION

Eller Media Company (hereinafter "Eller"), based upon the file and records had herein, moves this Court to be permitted to intervene in this action, and states and alleges as follows:

1. Eller has a lease with the owner of certain real property immediately adjacent to and north of the property which is the subject matter of this action. The lease by its terms grants Eller the right to erect and maintain an outdoor advertising structure on said property. (First Affidavit of Chris McCarver ¶3.)

2. Pursuant to the lease rights granted, Eller applied for and was granted a permit to erect and maintain an outdoor advertising structure by defendant Township of Columbus in accordance with the township's ordinance. (First Affidavit of Chris McCarver ¶4.)

JAN 0 3 2001
FILED
FRANCIS E. DOSAL, CLERK

3. The applicable ordinance of the Township of Columbus requires that outdoor advertising structures shall be at least 750 feet apart, edge of sign to edge of sign. (First Affidavit of Chris McCarver ¶5.)

4. The Township of Columbus imposed a moratorium on new sign construction in April of 2000, and Eller has not erected its sign as a result of this moratorium.

5. Should Plaintiff Brite Vue, L.L.P. (hereinafter "Brite Vue") construct an outdoor advertising structure at the location it proposes, it will be in violation of the Township of Columbus ordinance in that it will be within 750 feet of Eller's proposed and permitted structure, and will prevent Eller from exercising its lease and permit rights.

WHEREFORE pursuant to Fed. R. Civ. P. 24(a)(2), Eller respectfully moves to be permitted to intervene in this action by the filing and service of the attached Answer and Third Party Complaint, on the grounds that Eller has an interest relating to the property and transaction which is the subject matter of this action, the disposition of the action may as a practical matter impede Eller's ability to protect its interest, which interest will not be adequately represented by existing parties.

Dated: 12/20/00

BERNICK AND LIFSON, P.A.

By: ______________________

David K. Nightingale, #148088
Marvin A. Liszt, #63848
5500 Wayzata Boulevard
1200 The Colonnade
Minneapolis, Minnesota 55416-1270
(763) 546-1200
(763) 546-1003 (fax)
Attorneys for Eller Media Company, Inc.

**STIPULATION**

The parties to the above-captioned case, through their attorneys, hereby stipulate that Eller Media Company, Inc. may be permitted to intervene in this action by filing and serving an Answer and Third-Party Complaint on the grounds that Eller Media Company, Inc. asserts an interest relating to the property and transaction which is the subject matter of this action.

Dated: December 20, 2000

LEONARD, STREET & DEINARD, P.A.

By: Marc D. Simpson

Marc D. Simpson #183301
150 South Fifth Street, Suite 2300
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500
Attorneys for Plaintiff Brite Vue, LLP

Dated: ____________________

MURNANE, CONLIN, WHITE & BRANDT PROFESSIONAL ASSOCIATION

By: ______________________________

Peter B. Tiede #245094
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101
(651) 227-9411
Attorneys for Defendant Township of Columbus

**STIPULATION**

The parties to the above-captioned case, through their attorneys, hereby stipulate that Eller Media Company, Inc. may be permitted to intervene in this action by filing and serving an Answer and Third-Party Complaint on the grounds that Eller Media Company, Inc. asserts an interest relating to the property and transaction which is the subject matter of this action.

Dated: ________________

LEONARD, STREET & DEINARD, P.A.

By: ______________________________

Marc D. Simpson #183301
150 South Fifth Street, Suite 2300
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500
Attorneys for Plaintiff Brite Vue, LLP

Dated: ________________

MURNANE, CONLIN, WHITE & BRANDT PROFESSIONAL ASSOCIATION

By: ______________________________

Peter B. Tiede #245094
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101
(651) 227-9411
Attorneys for Defendant Township of Columbus

**ORDER**

Based upon the above Motion of Eller Media Company, Inc. and Stipulation of the parties,

IT IS HEREBY ORDERED THAT:

Eller Media Company, Inc. shall be permitted to intervene in this action.

Dated: 1/2/01

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge