RECEIVED
BY MAIL
FEB 28 2001
CLERK US DIST COURT
ST. PAUL MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Brite Vue, L.L.P., a Minnesota Limited Liability Partnership,

Plaintiff,

v.

Township of Columbus,

Defendant.

Civil File No. 00-1877 JRT/AJB

## JOINT MOTION AND ORDER

The parties to the above-captioned case, through their attorneys, respectfully move this court for modification of the November 1, 2000 Pretrial Scheduling Order entered by the court to permit an extension of the time permitted for service and filing of dispositive motions by thirty (30) days, that is until April 1, 2001, and state in support of the motion:

1. Counsel have worked cooperatively to compile and stipulate to the documents which will constitute the record in this case, and have indexed and tabulated Seven Exhibits consisting of 493 pages and 40 cassette tapes to be used by the parties for the record in this case.

2. The parties believe that their efforts and agreement regarding the documents will greatly facilitate the handling of the case and assist the court in its consideration of the matter, and constitutes good cause for the limited extension requested.

3. The parties believe that the claims made by the parties are appropriate for submission for decision pursuant to F.R.C.P. 56.

4. No delay in readiness for trial will result from the additional time requested.

MAR 01 2001

5. It will assist the just, speedy and inexpensive determination of this action if the relief requested is granted.

The parties respectfully request that this motion be considered without further notice or appearance by any party.

Dated: 2/21/01

LEONARD, STREET & DEINARD, P.A.

By: Marc D. Simpson

Marc D. Simpson #183301
150 South Fifth Street, Suite 2300
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500
Attorneys for Plaintiff Brite Vue, LLP

Dated: 2-22-01

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

By:

Louise Toscano Seeba
Peter B. Tiede #245094
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101
(651) 227-9411
Attorneys for Defendant Township of Columbus

Dated: 2-20-01

BERNICK AND LIFSON, P.A.

By: ______________________

David K. Nightingale #148088
Marvin A. Liszt, #63848
5500 Wayzata Boulevard
1200 The Colonnade
Minneapolis, Minnesota 55416-1270
(763) 546-1200
(763) 546-1003 (fax)
Attorneys for Eller Media Company, Inc.

**ORDER**

Based upon the above Joint Motion of the parties,

IT IS HEREBY ORDERED THAT:

All dispositive motions shall be served and filed by the parties by April 1, 2001.

Dated: 3/1/01

BY THE COURT:

______________________
Arthur J. Boylan
United States Magistrate Judge