# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brite Vue, L.L.P.

Case No. Civil 00-1877JRT/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Township of Columbus

and

Eller Media Company, Inc.,

Intervenor/Third-party plaintiff

v.

Brite Vue, L.L.P.

Third party defendant

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motion by Township of Columbus for summary judgment is **GRANTED**; motion by Eller Media for summary judgment is **GRANTED**; motion by Brite Vue for summary judgment is **DENIED**; that Eller Media has the right to erect and maintain an outdoor advertising structure on the Taylor property and that Brite Vue, its lessees, agents and assigns are enjoined and prohibited from interfering with Eller's rights or constructing a sign within 750 feet of the Eller Sign on the Taylor property

DATE: December 4, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk